≊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                MA

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|
| V. | | | | | |
| Miguel Reyes | | | | | Case Number: 04-1781-CBS |

| PRESIDING JUDGE<br>Charles B. Swartwood, III | | | PLAINTIFF'S ATTORNEY<br>Peabody | | DEFENDANT'S ATTORNEY<br>Kelly |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>6/29/2004 | | | COURT REPORTER<br>2:55 pm | | COURTROOM DEPUTY<br>Roland |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  |  |  |  |  | Witnesses |
|  |  | 6/29/2004 |  |  | Agent Stephanie Schafer |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibit |
| 1 |  | 6/29/2004 |  | X | Complaint and Affidavit |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages