AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

**V.**

MIGUEL REYES
315 Summer Street, Apt. 3
New Bedford, MA

**WARRANT FOR ARREST**

CASE NUMBER: O4 - 1781-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MIGUEL REYES _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court   Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm and ammunition affecting interstate commerce

in violation of
Title                        18                United States Code, Section(s)  922(g)(1)

CHARLES B. SWARTWOOD III
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

6-21-04 @ Boston, Mass.
Date and Location

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY ARREST ARRAIGNMENT OF THE DEFENDANT ON 06/24/2004 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Miguel Reyes

ALIAS: Angel Reyes

LAST KNOWN RESIDENCE: 315 Summer Street, Apt 3, New Bedford, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1970

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3083

HEIGHT: 5'5"                                              WEIGHT: 185 lbs

SEX:    male                                              RACE:    Hispanic

HAIR:   brown                                             EYES:    brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 232002HA7

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Bureau of Alcohol, Tobacco, Firearms and Explosives

Boston Field Division, 10 Causeway Street, Room 701, Boston, MA 02222