UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 04-10201-MLW |
| v. | |
| MIGUEL REYES | VIOLATION: |
| Defendant. | Ct. 1: 18 U.S.C. § 922 (g)(1) Felon in Possession of a Firearm & Ammunition |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm & Ammunition)

The Grand Jury charges that:

On or about June 2, 2004, at New Bedford, in the District of Massachusetts,

**MIGUEL REYES**

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit:

1) a Smith & Wesson Model SW380 .380 caliber pistol bearing serial number RAF0363; and

2) four rounds of .380 caliber ammunition

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_Jere Burke_
FOREPERSON OF THE GRAND JURY

_Sandra S. Bower_
SANDRA S. BOWER
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS            July  14 , 2004

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk  12:31 pm