# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### ORDER OF REFERENCE

USA

v.

M. Reyes

Check if previously referred _____

CA/CR No. 04-10201-MLW

Criminal Category II

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _____ for the following proceedings:

(A) Determination (Order) on:
- ( ) Rule 16(b) and/or Pretrial proceedings *(except ex parte motions in criminal cases)*
- ( ) Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
    See Documents Numbered : _____
- ( ) Ex Parte Motions in criminal cases - See Documents Numbered: _____

Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.    28 U.S.C. §636(b)(1)(A)

(B) Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
- ( ) Motion(s) for injunctive relief
- ( ) Motion(s) for judgment on the pleadings
- ( ) Motion(s) for summary judgment
- ( ) Motion(s) to permit maintenance of a class action
- ( ) Motion(s) to suppress evidence
- ( ) Motion(s) to dismiss
    See Documents Numbered: _____

(C) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
- ( ) In accordance with Rule 53, F.R.Civ.P.
- ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D) Special instructions  Pretrial

7-14-04
DATE

By: _S. Nishan_
Deputy Clerk

- ( ) Civil Rule 16(b) /Pretrial Proceedings
- ( ) Civil and MBD Discovery
- ( ) Service as Special Master
- ( ) Civil Dispositive Motions
- ( ) Miscellaneous

- ( ) Criminal Dispositive Motions
- ( ) Criminal Pretrial or Discovery
- ( ) Criminal Ex Parte Motions
- ( ) Post Conviction Proceedings[1]

(Order of Ref to MJ.wpd - 12/98)

[oref., koref.]