IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 04-10201-MLW |
| MIGUEL REYES ) | |

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States and counsel for Defendant Miguel Reyes file this Joint Memorandum Pursuant to Local Rule 116.5(A) as follows:

1) Counsel for Defendant Reyes requests additional time -up to October 25, 2004, - to review the discovery produced by the government and to file any discovery request letters pursuant to LR 116.3(A). The government does not oppose this request.

2) The defendant requests expert discovery and the government advises that there may be expert testimony, including ballistics analysis. The parties agree that the government will produce expert 30 days prior to trial and the defendant will provide reciprocal discovery two weeks before trial.

3) As noted in ¶1, counsel for defendant has requested additional time to review the discovery provided and to make discovery requests. Thus, it is unknown at this time whether the parties will be providing additional discovery as a result of future receipt of information, documents, or reports of examinations or tests. The parties request that an interim status conference be set for the week of November 15, 2004.

4) The parties request the Court order pretrial motions under Fed.R.Crim.P. 12(b) to be filed on or before November 30, 2004.

5) The Court has previously entered an Order excluding the period of August 5, 2004, through August 19, 2004, and by operation of this Order, the additional 14-day period of August 20 through September 2, 2004, for completion of automatic discovery. The parties agree that the period between today, September 10, 2004, and the date of the next status conference as requested in ¶3, also should be excluded for Speedy Trial purposes.

6) The parties believe that it is likely this case will go to trial and that it will last about 3 days.

7) As noted above, the parties request that another status conference be scheduled during the week of November 15, 2004.

8) Pursuant to this Court's Notice of Initial Status Conference, dated August 5, 2004, the parties state that there is no need for an Initial Status Conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *(signed)* Page Kelley, Esq.
PAGE KELLEY, Esq.
Counsel for Defendant
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA
(617) 223-8061

By: *(signed)* Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3184