# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    v.                      )<br>)<br>MIGUEL REYES,              )<br>        Defendant,         )  | CRIMINAL ACTION<br>NO. 04-10201-MLW |

## INITIAL STATUS REPORT
### September 13, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Wolf, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has produced discovery to counsel for the Defendant and counsel for the Defendant has requested additional time to review the discovery and to file any discovery request letters pursuant to LR 116.3(A). I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on November 15, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from

August 19, 2004 (date of expiration of prior order of excludable time) through November 15, 2004 (date by which ongoing discovery shall be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, January 24, 2005</u>.


                                    <u>/s/Charles B. Swartwood, III</u>
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE