UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.             )<br>)<br>MIGUEL REYES,              )<br>    Defendant,         )<br>                            ) | **CRIMINAL ACTION**<br>**NO. 04-10201-MLW** |

**ORDER OF EXCLUDABLE TIME**
**September 13, 2004**

**SWARTWOOD, M.J.**

   It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 19, 2004 (date of expiration of prior order of excludable time) through November 15, 2004 (date by which ongoing discovery shall be completed) shall be excluded from the Speedy Trial Act.

                                              /s/Charles B. Swartwood, III
                                              CHARLES B. SWARTWOOD, III
                                              MAGISTRATE JUDGE