UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201-MLW |
| | ) | |
| MIGUEL REYES | ) | |

**DEFENDANT'S ASSENTED-TO REQUEST FOR ADDITIONAL TIME**
**TO FILE DISCOVERY LETTER**

     Page Kelley, counsel for Miguel Reyes, respectfully requests that this Court permit her to file the defendant's discovery letter, due Monday, October 25, by Monday, November 8. Assistant United States Attorney Sandra Bower has no objection to this request.

     Counsel so requests because she needs to go to the Plymouth County Correctional Facility and play a CD and videotape for the defendant, before filing her request. Up until this time she has not been able to arrange for use of the rooms necessary to show the defendant these items. Counsel therefore requests two additional weeks to file the letter.

     MIGUEL REYES
     By his attorney,

     /s/ Page Kelley

     Page Kelley
       B.B.O. #548237
     Federal Defender Office
     408 Atlantic Avenue, 3rd Floor
     Boston, MA  02110
     Tel: 617-223-8061

Date: October 26, 2004