# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
         v.                   )   CRIMINAL ACTION
                              )   NO. 04-10201-MLW
MIGUEL REYES,                 )
         Defendant,           )
_____)
```

### STATUS REPORT
### November 17, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Reyes' counsel has requested additional discovery from the Government and the Government has until November 22, 2004 to respond to that discovery request.  Assuming that the Government will produce additional discovery in accordance with Mr. Reyes' request, Mr. Reyes' counsel has requested additional time to review that discovery.  I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on December 15, 2004, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from November 15, 2004 (date of expiration of prior order of excludable time) through December 15, 2004 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, February 23, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE