UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10201-MLW** |
| MIGUEL REYES, ) | |
| Defendant, ) | |

**ORDER OF EXCLUDABLE TIME**
**November 17, 2004**

**SWARTWOOD, M.J.**

　　It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 15, 2004 (date of expiration of prior order of excludable time) through December 15, 2004 (date by which ongoing discovery shall be completed) shall be excluded from the Speedy Trial Act.

　　　　　　　　　　　　　　　　　　/s/Charles B. Swartwood, III
　　　　　　　　　　　　　　　　　　CHARLES B. SWARTWOOD, III
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE