UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10201-MLW** |
| MIGUEL REYES, ) | |
| Defendant, ) | |

**STATUS REPORT**
**December 15, 2004**

**SWARTWOOD, M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. Discovery

Mr. Reyes' counsel has requested additional discovery from the Government which the Government has refused to produce. Therefore, Mr. Reyes shall have until December 27, 2004 to file a formal written request for discovery and the Government shall respond in writing to that request by January 10, 2005. If the Government fails to provide Mr. Reyes with his requested discovery, then he shall file a motion for discovery by January 17, 2005 and the Government shall file an opposition to that motion by January 28, 2005.

2. Further Status Conference

A further status conference shall be held in this case on

January 31, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from December 15, 2004 (date of expiration of prior order of excludable time) through January 28, 2005 (date by which the Government is to file its opposition to Mr. Reyes' motion for discovery). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, April 11, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE