UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>MIGUEL REYES,       )<br>    Defendant,   )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10201-MLW** |

**ORDER OF EXCLUDABLE TIME**
**December 15, 2004**

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from December 15, 2004 (date of expiration of prior order of excludable time) through January 28, 2005 (date by which the Government is to file its opposition to Mr. Reyes' motion for discovery) shall be excluded from the Speedy Trial Act.

                           /s/Charles B. Swartwood, III
                           CHARLES B. SWARTWOOD, III
                           MAGISTRATE JUDGE