UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10201-MLW |
| MIGUEL REYES, ) | |
| Defendant, ) | |

NOTICE
December 17, 2004

SWARTWOOD, M.J.

The Status Conference referred to in the Status Report issued on December 15, 2004, which is scheduled for **January 31, 2005, at 2:15 p.m., will be held in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 01608** not Worcester, Massachusetts.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE