UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201-MLW |
| | ) | |
| MIGUEL REYES | ) | |
| | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE DISCOVERY MOTION LATE

Now comes the defendant through counsel and respectfully requests this Court allow him to file the attached Motion for Discovery late. The motion was due on Monday, January 17, but counsel was not able to finish and file the motion until Wednesday, January 18, due to an extremely busy schedule.

        MIGUEL REYES
        By his attorney,

        /s/ Page Kelley
        Page Kelley
          B.B.O. #548237
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061

Date: January 19, 2005