# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>  )  <br>      v.                 )  <br>  )  <br>MIGUEL REYES,         )  <br>    Defendant,     )  | **CRIMINAL ACTION**  <br>**NO. 04-10201-MLW** |

## STATUS REPORT
### February 4, 2005

**SWARTWOOD, M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Reyes' counsel has filed a Motion For Discovery. The Government has filed an opposition to that motion. I have held a hearing on that motion and will issue a decision within the next week.

2. <u>Substantive Motions</u>

Mr. Reyes' counsel intends to file a substantive motion and that motion shall be filed by February 25, 2005. The Government shall file its opposition to that motion by March 11, 2005.

3. <u>Final Status Conference</u>

A final status conference shall be held in this case on March 14, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue

Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

4.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 28, 2005 (date of expiration of prior order of excludable time) through March 11, 2005 (date by which the Government is to file its opposition to Mr. Reyes' substantive motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, May 20, 2005</u>.

```
                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE
```