UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MIGUEL REYES, )<br>      Defendant, )<br>) | **CRIMINAL ACTION<br>NO. 04-10201-MLW** |

ORDER OF EXCLUDABLE TIME
February 4, 2005

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 28, 2005 (date of expiration of prior order of excludable time) through March 11, 2005 (date by which the Government is to file its opposition to Mr. Reyes' substantive motions) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE