**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

February 4, 2005

Lisa Roland, Clerk to Hon Judge Swartwood
Donohue Federal Bldg.
595 Main Street
Worcester, MA  01608

Re:   United States v. Miguel Reyes
      Criminal # 04-10201-MLW

Dear Ms. Roland,

I would like to order a transcript of the detention hearing held on June 29, 2004, in connection with the above-numbered case. I only need the testimony of the sole witness who testified at the hearing, ATF Special Agent Stephanie Schafer.

Thank you.

Sincerely,

Page Kelley
Assistant Federal Defender

PK/tmc