UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201-MLW |
| | ) | |
| MIGUEL REYES | ) | |
| | ) | |

JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5

_____ The United States of America, by Assistant U.S. Attorney Sandra Bower, and the defendant, by counsel Page Kelley, jointly submit this memorandum addressing issues in Local Rule 116.5.

_____ The parties do not believe that a status conference, scheduled for Monday, March 14, is necessary.

Discovery is on-going and the parties continue to work to resolve discovery issues. The parties are also pursuing a non-trial disposition of this case. Defense counsel requests the date of Thursday, March 17 for the filing of substantive motions. The government will respond to those motions by Thursday, March 31. The parties thus request a further status date the week of April 4.

The parties request that the period of time between the scheduled status conference of March 14, 2005, and the date of the next status conference be excluded from the calculations of the Speedy Trial Act, in the interests of justice.

If the case goes to trial, it is anticipated that the trial will last three to four days.

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | MIGUEL REYES<br>By his attorney, |
| /s/ Sandra Bower<br>Sandra Bower<br>Assistant U.S. Attorney<br>One Courthouse Way<br>Boston, MA 02210<br>Tel.: 617-748-3107 | /s/ Page Kelley<br>Page Kelley<br>  B.B.O. #548237<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |

March 14, 2005