UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
         v.                        )    CRIMINAL ACTION
                                   )    NO. 04-10201-MLW
MIGUEL REYES,                      )
         Defendant,                )
_____)


STATUS REPORT
March 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. Substantive Motions

Mr. Reyes' intends to file substantive motions. Those motions shall be filed by March 31, 2005. The Government shall file its opposition to those motions by April 14, 2005.

2. Further Status Conference

A further status conference shall be held in this case on April 15, 2005, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 11, 2005 (date of

expiration of prior order of excludable time) through April 14, 2005 (date by which the Government is to file its opposition to Mr. Reyes' substantive motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, June 24, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE