UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201-MLW |
| | ) | |
| MIGUEL REYES | ) | |
| | ) | |

<u>JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5</u>

_____The United States of America, by Assistant U.S. Attorney Sandra Bower, and the

defendant, by counsel Page Kelley, jointly submit this memorandum addressing issues in Local

Rule 116.5.

_____The parties do not believe that a status conference, scheduled for Friday, April 15, is

necessary.

Discovery is on-going and the parties continue to work to resolve discovery issues.  The

parties are also pursuing a non-trial disposition of this case.  The Government recently provided

the Defendant with numerous tapes of calls the defendant made from the Plymouth County

Correctional Facility, and the Government expects to provide counsel with transcripts of

fourteen hours of the tapes in about three weeks.  The Defendant thus requests a further status

conference in 45 days.

The parties request that the period of time between the scheduled status conference of

April 15, 2005, and the date of the next status conference be excluded from the calculations of

the Speedy Trial Act, in the interests of justice.

If the case goes to trial, it is anticipated that the trial will last three to four days.

MICHAEL J. SULLIVAN                          MIGUEL REYES
United States Attorney                        By his attorney,


/s/ Sandra Bower_____                /s/ Page Kelley_____
Sandra Bower                                  Page Kelley
   Assistant U.S. Attorney                      B.B.O. #548237
One Courthouse Way                            Federal Defender Office
Boston, MA 02210                              408 Atlantic Avenue, 3rd Floor
Tel.: 617-748-3107                            Boston, MA  02110
                                              Tel: 617-223-8061


April 11, 2005