# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10201-MLW |
| MIGUEL REYES, ) | |
| Defendant, ) | |

## STATUS REPORT
### April 20, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. Plea Negotiations

Counsel for the parties have notified the Court that they are involved in plea negotiations and have requested additional time to complete discovery and pursue those negotiations. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on June 2, 2005, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 14, 2005 (date of expiration of prior order of excludable time) through June 2, 2005 (date by which discovery and initial plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, August 11, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE