UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10201-MLW |
| MIGUEL REYES, ) | |
| Defendant, ) | |

STATUS REPORT
June 6, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. Discovery

Counsel for the parties have requested additional time to complete discovery. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on June 22, 2005, at 9:30 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 2, 2005 (date of expiration of prior order of excludable time) through June 22, 2005

(date by which discovery shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, August 31, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE
