UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-10201-MLW
MIGUEL REYES,                  )
         Defendant,            )
_____)
```

STATUS REPORT
June 22, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. Discovery

This case involves transcripts of conversations, both personal and by telephone, and Mr. Reyes' counsel has requested additional time to review those transcripts with her client. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on August 30, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from June 22, 2005 (date of expiration of prior order of excludable time) through August 30, 2005 (date by which Mr. Reyes' counsel estimates that she and her client will have completed their review of discovery produced by the Government). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, November 8, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE