UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                        )<br>)<br>MIGUEL REYES,            )<br>      Defendant,       )<br>_____) | **CRIMINAL ACTION**<br>**NO. 04-10201-MLW** |

ORDER OF EXCLUDABLE TIME
June 22, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 22, 2005 (date of expiration of prior order of excludable time) through August 30, 2005 (date by which Mr. Reyes' counsel estimates that she and her client will have completed their review of discovery produced by the Government) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE