```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.          ) | CRIMINAL ACTION |
| ) | NO. 04-10201-MLW |
| MIGUEL REYES, ) | |
|     Defendant,  ) | |

### STATUS REPORT
### August 31, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Reyes' counsel has requested additional time to conduct and complete an independent investigation of certain facts involving this case. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on October 13, 2005, at 10:00 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for the parties, I am excluding from the Speedy Trial Act,

the period from August 30, 2005 (date of expiration of prior order of excludable time) through October 13, 2005 (date by which Mr. Reyes' counsel will have completed her investigation of the facts involved in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, December 22, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE