UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MIGUEL REYES, )<br>      Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10201-MLW** |

**ORDER OF EXCLUDABLE TIME**
**August 31, 2005**

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 30, 2005 (date of expiration of prior order of excludable time) through October 13, 2005 (date by which Mr. Reyes' counsel will have complete her investigation of the facts involved in this case) shall be excluded from the Speedy Trial Act.

                                        /s/Charles B. Swartwood, III
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE