```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                        ) | **CRIMINAL ACTION** |
| )                           | **NO. 04-10201-MLW** |
| MIGUEL REYES,             ) | |
|     Defendant,           ) | |

**STATUS REPORT**
**October 14, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has informed Mr. Reyes' counsel that it may be superseding this Indictment and Mr. Reyes' counsel has requested additional time to review the new charges and to determine whether or not additional discovery will be necessary. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on November 28, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Reyes, I am excluding from the Speedy Trial Act, the period from October 13, 2005 (date of expiration of prior order of excludable time) through November 28, 2005 (date by which Mr. Reyes' counsel will have reviewed the new charges and determined whether or not additional discovery will be necessary in this case).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, February 6, 2006</u>.

/s/Charles B. Swartwood, III<br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE