UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>MIGUEL REYES,         )<br>       Defendant,    )<br>                      ) | **CRIMINAL ACTION<br>NO. 04-10201-MLW** |

**ORDER OF EXCLUDABLE TIME**
October 14, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 13, 2005 (date of expiration of prior order of excludable time) through November 28, 2005 (date by which Mr. Reyes' counsel will have reviewed the new charges and determined whether or not additional discovery will be necessary in this case) shall be excluded from the Speedy Trial Act.

                                          /s/Charles B. Swartwood, III
                                          CHARLES B. SWARTWOOD, III
                                          CHIEF MAGISTRATE JUDGE