UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201 |
| | ) | |
| MIGUEL REYES | ) | |
| | ) | |

DEFENDANT'S MOTION TO CONTINUE CONFERENCE

_____Defendant Miguel Reyes, through counsel, requests that the phone conference that is scheduled for today be re-scheduled for Monday, December 5, 2005 at 2:45 pm. Undersigned counsel could not participate in today's phone conference because of an unexpected family emergency.

MIGUEL REYES
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: November 28, 2005