```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10201-MLW** |
| MIGUEL REYES, ) | |
|     Defendant, ) | |

## STATUS REPORT
### December 5, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. <u>Discovery</u>

Counsel for the parties have requested additional time to resolve discovery issues concerning potential new charges against Mr. Reyes'. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on January 17, 2006, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Reyes, I am excluding from the Speedy Trial Act, the period from November 28, 2005 (date of expiration of prior order of excludable time) through January 17, 2006 (date by which all discovery shall be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, March 28, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE