UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-10201-MLW
MIGUEL REYES,                  )
          Defendant,           )
_____)
```

STATUS REPORT
January 18, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. Discovery

There is one small additional issue of discovery that needs to be resolved and the parties have requested additional time for resolution of the issue. I have granted that request.          2   .

Further Status Conference

A further status conference shall be held in this case on February 8, 2006, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

At the request of the Government and without opposition from counsel for Mr. Reyes, I am excluding from the Speedy Trial Act,

the period from January 17, 2006 (date of expiration of prior order of excludable time) through February 8, 2006 (date by which discovery shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, April 19, 2006</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE