UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201 |
| | ) | |
| MIGUEL REYES | ) | |
| | ) | |

DEFENDANT'S MOTION TO CONTINUE CONFERENCE

Counsel for defendant, Miguel Reyes, requests that the phone conference in the above case scheduled for Wednesday, February 8, 2006 be re-scheduled for a date in March 2006. The reason for this request is that defense counsel may have to withdraw from this case due to a conflict and will require additional time to research that issue, discuss the matter with the defendant and make a decision. The Assistant United States Attorney assigned to this case, Sandra Bower, has no objection to this request.

                                                                MIGUEL REYES
                                                                By his attorney,
                                                                /s/ Page Kelley
                                                                Page Kelley
                                                                   B.B.O. #548237
                                                                Federal Defender Office
                                                                408 Atlantic Avenue, 3rd Floor
                                                                Boston, MA 02110
                                                               Tel: 617-223-8061

Date: February 2, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 2, 2006.

                                                                /s/ Page Kelley
                                                                Page Kelley