# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
| v. | ) | **CRIMINAL ACTION** |
|  | ) | **NO. 04-10201-MLW** |
| MIGUEL REYES, | ) | |
| Defendant, | ) | |

## STATUS REPORT
### March 14, 2006

**HILLMAN, M.J.**

The following is a Status Report to Wolf, C.J. to whom this case is assigned:

1.  Discovery

Counsel for the parties have requested additional time to resolve remaining discovery issue. I have granted that request.

2.  Status Of Plea Negotiations

The parties have had extensive discussions over the past several months in an effort to arrive at a plea agreement. The parties intend to use this time between this date and the final status conference to arrive at a plea agreement.

3.  Final Status Conference

A final status conference shall be held in this case on April 25, 2006, at 3:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

4.      Excludable Time

At the request of the Government and with the assent of counsel for Mr. Reyes, I am excluding from the Speedy Trial Act, the period from February 8, 2006 (date of the previously scheduled status conference) to and including April 25, 2006 (date by which all discovery and plea negotiations shall be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Wednesday, July 5, 2006.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE