|                              |   |                      |
|------------------------------|---|----------------------|
| UNITED STATES OF AMERICA,    | ) |                      |
|                              | ) |                      |
| v.                           | ) | **CRIMINAL ACTION**  |
|                              | ) | **NO. 04-10201-MLW** |
| MIGUEL REYES,                | ) |                      |
|     Defendant,               | ) |                      |

## ORDER OF EXCLUDABLE TIME
### March 14, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 8, 2006 (date of previously scheduled status conference) to and including April 25, 2006 (date by which all discovery and plea negotiations shall be completed) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE