# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MIGUEL REYES,<br>         Defendant, | )<br>)<br>)<br>)<br>)  **CRIMINAL ACTION**<br>)  **NO. 04-10201-MLW**<br>)<br>)<br>) |

**STATUS REPORT**
**April 26, 2006**

**HILLMAN, M.J.**

The following is a Status Report to Wolf, C.J. to whom this case is assigned:

1. Discovery

With the exception of one remaining discovery issue which counsel are working to resolve the discovery in this case is complete.

2. Status Of Plea Negotiations

The parties continue to have extensive plea negotiations in an effort to arrive at a plea agreement. Several days ago, Mr. Reyes' present attorney, Page Kelley, Esq., was told by Mr. Reyes that he had retained new counsel to represent him. Attorney Kelley is unsure as to whether or not this is true and is attempting to discover whether or not there will be a new counsel filing an appearance for Mr. Reyes. The parties have asked for an additional six week period of time in order to resolve the remaining discovery issue and to determine who will be representing Mr. Reyes. I have granted that request.

3.  <u>Final Status Conference</u>

A final status conference shall be held in this case on June 7, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

4.  <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Reyes, I am excluding from the Speedy Trial Act, the period from April 25, 2006 (date of expiration of prior order of excludable time) to and including June 7, 2006 (date of next status conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday August 16, 2006</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE