# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10201-MLW** |
| MIGUEL REYES, ) | |
|       Defendant, ) | |

## ORDER OF EXCLUDABLE TIME
### April 26, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 25, 2006 (date of expiration of prior order of excludable time) to and including June 7, 2006 (date of next status conference) shall be excluded from the Speedy Trial Act.

                                                  /s/Timothy S. Hillman
                                                TIMOTHY S. HILLMAN
                                                MAGISTRATE JUDGE