UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>MIGUEL REYES      )<br>) | CRIMINAL NO. 04-10201 |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE CONFERENCE

Counsel for defendant, Miguel Reyes, requests that the phone conference in the above case scheduled for Wednesday, June 7, 2006 be re-scheduled to Friday, June 9 at 10:00 a.m.. The reason for this request is that the Assistant United States Attorney is not available on Wednesday, June 7, and defense counsel requires the additional time to confer with the defendant. The Assistant United States Attorney assigned to this case, Sandra Bower, has no objection to this request.

                                            MIGUEL REYES
                                            By his attorney,
                                            /s/ Page Kelley
                                            Page Kelley
                                              B.B.O. #548237
                                            Federal Defender Office
                                            408 Atlantic Avenue, 3rd Floor
                                            Boston, MA  02110
                                            Tel: 617-223-8061

Date: June 3, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 3, 2006.
                                            /s/ Page Kelley
                                            Page Kelley