UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201 |
| | ) | |
| MIGUEL REYES | ) | |
| | ) | |

DEFENDANT'S MOTION TO CONTINUE CONFERENCE

_____Counsel for defendant, Miguel Reyes, requests that the phone conference in the above case scheduled for Friday, June 16, 2006 be re-scheduled for a date after June 26. The reason for this request is that counsel requires additional time to speak to the defendant before the hearing concerning further discovery requests. The Assistant United States Attorney assigned to this case, Sandra Bower, has no objection to this request.

                                                MIGUEL REYES
                                                By his attorney,
                                                /s/ Page Kelley
                                                Page Kelley
                                                  B.B.O. #548237
                                                Federal Defender Office
                                                408 Atlantic Avenue, 3rd Floor
                                                Boston, MA  02110
                                                Tel: 617-223-8061

Date: June 13, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 13, 2006.
                                                /s/ Page Kelley
                                                Page Kelley