# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 04-10201-MLW** |
| MIGUEL REYES, | ) | |
| Defendant, | ) | |

### STATUS REPORT
### June 29, 2006

**HILLMAN, M.J.**

The following is a Status Report to Wolf, C.J. to whom this case is assigned:

1.  Discovery

The discovery in this case is complete.

2.  Status Of Plea Negotiations

The parties have put plea negotiations on hold due to Mr. Reyes insistence that he is in the process of hiring private counsel. Since that was Mr. Reyes position on April 26, 2006 (the date of the last Status Conference) and he has been unable to secure private counsel, the parties have agreed to finalize their plea negotiations in the next 30 days or proceed to motions and/or trial. They have asked for an additional 30 days which I have granted.

3.  Final Status Conference

A final status conference shall be held in this case on August 8, 2006 at 2:00 pm in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

4. <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Reyes, I am excluding from the Speedy Trial Act, the period from June 7, 2006 (date of expiration of prior order of excludable time) to and including August 8, 2006 (date of next status conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, September 7, 2006</u>.

<pre>
                                    /s/Timothy S. Hillman
                                    TIMOTHY S. HILLMAN
                                    MAGISTRATE JUDGE
</pre>