## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION NO. 04-10201-MLW** |
| MIGUEL REYES, Defendant, | ) ) ) | |

## ORDER OF EXCLUDABLE TIME
### June 29, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 7, 2006 (date of expiration of prior order of excludable time) to and including August 8, 2006 (date of next status conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE