```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.         ) | |
| ) | CRIMINAL NO. 04-10201-MLW |
| MIGUEL REYES         ) | |

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)

The United States and counsel for Defendant Miguel Reyes file this Joint Memorandum Pursuant to Local Rule 116.5(C) as follows:

1) There are no outstanding discovery issues.

2) The parties have previously agreed that the government will produce expert 30 days prior to trial and the defendant will provide reciprocal discovery two weeks before trial. Other than expert discovery, the parties do not anticipate providing any additional discovery.

3) The defendant does not intend to raise a defense of insanity or public authority.

4) The defendant does not intend to rely on an alibi defense.

5) The defendant does not intend to file a motion to sever or to suppress or any other motion requiring a ruling before trial.

6) No other matter need be scheduled other than trial.

7) The parties have discussed resolution of the case and advise the Court that no agreement has been reached to date.  At this time, it appears a trial is necessary.

8) As of August 10, 2006, no days have elapsed pursuant to the Speedy Trial Act. Thus, the trial must be held on or before October 19, 2006.

9) The trial is expected to last three days.

                                                          Respectfully submitted,

                                                          MICHAEL J. SULLIVAN
                                                          United States Attorney

By: /s/Sandra S. Bower for     By: /s/Sandra S. Bower
    PAGE KELLEY, Esq.              SANDRA S. BOWER
    Counsel for Defendant         Assistant U.S. Attorney
    Federal Defender Office       1 Courthouse Way, Suite 9200
    408 Atlantic Avenue, 3rd Floor   Boston, MA 02210
    Boston, MA                    (617) 748-3184
    (617) 223-8061