# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| v.  ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10201-MLW** |
| MIGUEL REYES,  ) | |
| Defendant,  ) | |

## FINAL STATUS REPORT
### August 15, 2006

**HILLMAN, M.J.**

The following is a Final Status Report to Wolf, C.J. to whom this case is assigned:

1. <u>Local Rule 116.5(C)(1) - Outstanding Discovery Issues</u>

The parties represent that the discovery in this case is complete and that there are no outstanding discovery issues.

2. <u>Local Rule 116.5(C)(2) - Additional Discovery</u>

The parties have agreed that the Government will produce discovery concerning any expert witness that it intends to call thirty days prior to trial. The Defendant will provide such reciprocal discovery two weeks before trial. Other than expert discovery, the parties do not anticipate providing any additional discovery.

3. <u>Local Rule 116.5(C)(3) - Defense of Insanity or Public Authority</u>

The Defendant does not intend to raise a defense of insanity or public authority.

4. <u>Local Rule 116.5(C)(4) - Alibi Defense</u>

The Defendant does not intend to rely upon an alibi defense.

5. <u>Local Rule 116.5(C)(5) - Motions</u>

The Defendant does not intend to file any motions to suppress, dismiss or sever or any other motions requiring a ruling before trial.

6. <u>Interpreter</u>

The Defendant will require the services of an interpreter.

7. <u>Scheduling</u>

The parties have requested that this case be returned to Chief Judge Wolf for trial which I will do.

8. <u>Length of Trial</u>

The trial is expected to last three days.

9. <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Reyes, I am excluding from the Speedy Trial Act, the period from August 8, 2006 (date of expiration of prior order of excludable time) to and including August 10, 2006 (date of next status conference). Therefore, as of August 10, 2006, no days will have elapsed pursuant to the Speedy Trial Act, thus the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, October 19, 2006</u>.

/s/Timothy S. Hillman  
TIMOTHY S. HILLMAN  
MAGISTRATE JUDGE