UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                   **CRIMINAL CASE**

                                                    **NO. 04-10201-MLW**
        V.

**MIGUEL REYES**
        Defendant(s)

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a PRETRIAL CONFERENCE on SEPTEMBER 11, 2006 at 11:30 A.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

                                    SARAH A. THORNTON
                                    CLERK OF COURT

September 5, 2006                   By: /s/ Dennis O'Leary
    Date                                Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                [ntchrgcnf.]
                                        [kntchrgcnf.]