UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>MIGUEL REYES       ) | CRIMINAL NO. 04-10201-MLW |

## DEFENDANT'S REQUEST TO CONTINUE CONFERENCE

Page Kelley, counsel for Miguel Reyes, respectfully requests that this Court move the conference, presently scheduled for Monday, September 11, to a date during the week of September 18 or after.

Counsel so requests because she has an extremely busy schedule on the day of Monday September 11 both for personal and professional reasons and was not planning to be in Boston that day. In addition she would like to have the opportunity to meet with the client prior to the conference to ascertain from him whether he wants to go to trial or plead guilty.

MIGUEL REYES<br>
By his attorney,<br>
/s/ Page Kelley<br>
Page Kelley<br>
  B.B.O. #548237<br>
Federal Defender Office<br>
408 Atlantic Avenue, 3rd Floor<br>
Boston, MA  02110<br>
Tel: 617-223-8061

Date: September 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 6, 2006.

 /s/ Page Kelley<br>
Page Kelley