UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201-MLW |
| | ) | |
| MIGUEL REYES | ) | |

## DEFENDANT'S STATUS REPORT

_____Page Kelley, counsel for Miguel Reyes, respectfully reports that she met with the defendant on Friday, September 29th at the Plymouth County Correctional Facility, to discuss with Mr. Reyes whether he wishes to plead guilty or go to trial on the above indictment. Mr. Reyes is charged with being a Felon in Possession under 18 U.S.C. §922(g)(1) and because of his prior record is subject to the enhanced penalties as an Armed Career Criminal under 18 U.S.C. §924(e). Mr. Reyes could not come to a decision concerning whether he wishes to try the case. Counsel suggested that he meet with the investigator who worked on the case in order to finalize his decision. Counsel will arrange to meet with the defendant and the investigator within the next few weeks. If the Court permits, counsel respectfully requests that she be allowed to file a final status report within five days of that meeting in order to inform the Court of the status of the case.

The defendant requests the Court to order a period of excludable delay under 18 U.S.C. §3161(h) (8) from September 6, 2006, to the next scheduled date in the case.

MIGUEL REYES  
By his attorney,  
/s/ Page Kelley  
Page Kelley  
  B.B.O. #548237  
Federal Defender Office  
408 Atlantic Avenue, 3rd Floor  
Boston, MA  02110  
Tel: 617-223-8061

Date: October 4, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 4, 2006.

                                                 /s/ Page Kelley  
                                               Page Kelley