UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                   **CRIMINAL CASE**

                                                    **NO. 04-10201-MLW**
           V.

**MIGUEL REYES**
           Defendant(s)


## NOTICE OF HEARING

**WOLF, D.J.**


   PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on **November 15, 2006** at 3:00 P.M. before Chief Judge Wolf in Courtroom # **10** on the **5**th floor.


                                                    SARAH A. THORNTON
                                                    CLERK OF COURT


**October 10, 2006**                    By:   **/s/ Dennis O'Leary**
       Date                                    **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                       [ntchrgcnf.]
                                               [kntchrgcnf.]