UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201-MLW |
| | ) | |
| MIGUEL REYES | ) | |

ASSENTED-TO MOTION TO CONTINUE PRE-TRIAL CONFERENCE

      Page Kelley, counsel for Miguel Reyes, respectfully requests that the conference in the above case, scheduled for Wednesday, November 15 at 3:00 p.m., be continued to a date in approximately two weeks. The reason for this request is that counsel and the Assistant United States Attorney assigned to this case, Sandra Bower, are presently attempting to resolve the case and hope to be able to report to the Court within the next two weeks whether the case will be resolved by means of a plea or will go to trial.

      Ms. Bower assents to this request. The defendant requests the Court to order a period of excludable delay under 18 U.S.C. §3161(h) (8) from November 15, 2006, to the next scheduled date in the case.

                                                    MIGUEL REYES
                                                    By his attorney,
                                                    /s/ Page Kelley
                                                    Page Kelley
                                                       B.B.O. #548237
                                                    Federal Defender Office
                                                   408 Atlantic Avenue, 3rd Floor
                                                   Boston, MA 02110
                                                   Tel: 617-223-8061

Date: November 13, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 13, 2006.

      /s/ Page Kelley
      Page Kelley