UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201-MLW |
| | ) | |
| MIGUEL REYES | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE CONFERENCE

Counsel for defendant, Miguel Reyes, requests that the conference in the above case, scheduled for Monday, December 4, 2006 be re-scheduled for a later date. The reason for this request is that defense counsel and the Assistant United States Attorney assigned to this case, Sandra Bower, are not available the morning of December 4. In addition, they are continuing to try to resolve the case short of trial but have not yet been able to reach an agreement.

                                                                 MIGUEL REYES
                                                                 By his attorney,
                                                                 /s/ Page Kelley
                                                                 Page Kelley
                                                                   B.B.O. #548237
                                                                 Federal Defender Office
                                                                 408 Atlantic Avenue, 3rd Floor
                                                                 Boston, MA  02110
                                                                 Tel: 617-223-8061

Date: November 24, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 24, 2006.

                                                                 /s/ Page Kelley
                                                                Page Kelley