UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201-MLW |
| | ) | |
| MIGUEL REYES | ) | |

DEFENDANT'S STATUS REPORT

_____Page Kelley, counsel for Miguel Reyes, respectfully reports that defense counsel and the Assistant United States Attorney assigned to this case, Sandra Bower, have had extensive discussions regarding resolving this case short of trial and are close to agreement.  At this time, however, the defendant has a motion pending in the Bristol Superior Court to vacate two of his prior convictions.  After missing one deadline, the Commonwealth has been ordered to respond to the defendant's motion by December 19, 2006.  The clerk of court has informed counsel that he expects that a hearing will be scheduled on the motion in early January.  The defendant has asked counsel if he might defer his decision whether to plead guilty until after this motion is heard.  Counsel is therefore asking the Court to allow the defendant until the end of January to file a status report with the Court as to whether the defendant will plead guilty or go to trial.

The defendant requests the Court to order a period of excludable delay under 18 U.S.C. §3161(h) (8) from December 8, 2006, to the next scheduled date in the case.

MIGUEL REYES
By his attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: December 8, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 8, 2006.

 /s/ Page Kelley
Page Kelley