UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201-MLW |
| | ) | |
| MIGUEL REYES | ) | |

DEFENDANT'S STATUS REPORT

Page Kelley, counsel for Miguel Reyes, respectfully reports concerning the defendant's motion pending in the Bristol Superior Court to vacate two of his prior convictions. The Commonwealth recently provided defense counsel with a transcript of the plea colloquy in that case, after the stenographer had informed the defense that the transcript was not available. After review of the transcript, the defendant has moved to withdraw his motion and intends to file a new one within the next two weeks, based on deficiencies in the colloquy.

If, as before, the Commonwealth is given twenty-one days to respond to the defendant's motion, the defendant expects the motion to be decided within the next sixty days. Therefore the defendant requests that the Court permit him to file a report by late March to inform the Court whether he will be going to trial or pleading guilty.

The defendant requests the Court to order a period of excludable delay under 18 U.S.C. §3161(h) (8) from January 31, 2007, to the next scheduled date in the case.

                                  MIGUEL REYES
                                  By his attorney,
                                  /s/ Page Kelley
                                  Page Kelley
                                     B.B.O. #548237
                                  Federal Defender Office
                                  408 Atlantic Avenue, 3rd Floor
                                  Boston, MA  02110
                                  Tel: 617-223-8061

Date: January 30, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 30, 2007.

                                    /s/ Page Kelley
                                    Page Kelley