UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201-MLW |
| | ) | |
| MIGUEL REYES | ) | |

### DEFENDANT'S STATUS REPORT

Page Kelley, counsel for Miguel Reyes, respectfully reports concerning the defendant's motion pending in the Bristol Superior Court to vacate two of his prior convictions. The defendant is charged in this Court with a violation of 18 U.S.C. §922 (g) (1). He is an Armed Career Criminal under U.S.S.G. §4B1.4 and 18 U.S.C. §924(e). Whether counsel is successful in vacating the defendant's prior convictions will have a substantial impact on the sentencing he is facing before this Court and on his decision whether to plead guilty.

Defense counsel has filed a second motion to vacate the defendant's convictions in the Bristol Superior Court. She had filed a previous motion which was rendered moot by the government's providing counsel with a transcript of the plea colloquy in that case, after the stenographer had informed defense counsel that the transcript was not available. After review of the transcript, the defendant moved to withdraw his first motion and filed a new one, based on deficiencies in the colloquy.[1] Due to defense counsel's workload, she was not able to finish and file the motion until today, March 28, 2007.

---

[1] Specifically, the Court that accepted the defendant's guilty plea to two armed robberies in 1991 in the Bristol Superior Court did so without regard to the fact that the defendant actually stated on the record that he was not guilty of one of the crimes charged. See *United States v. Ferrara*, 384 F. Supp. 2d 384, (D. Mass. 2005) for a discussion of the potentially pernicious effects of such a practice.

Defense counsel is cognizant of the long period of time the defendant has taken to declare whether he is going to trial or not. She asks the Court's indulgence and requests one additional continuance, to the end of May, 2007, to ensure that the defendant's motion is decided in the Bristol Superior Court so that the defendant can make an intelligent decision about how to proceed.

The defendant requests the Court to order a period of excludable delay under 18 U.S.C. §3161(h) (8) from March 30, 2007, to the next scheduled date in the case.

MIGUEL REYES
By his attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: March 28, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 28, 2007.

/s/ Page Kelley
Page Kelley