UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10201-MLW |
| ) | |
| MIGUEL REYES ) | |

DEFENDANT'S STATUS REPORT

Page Kelley, counsel for Miguel Reyes, respectfully informs the Court that the defendant intends to plead guilty at the status conference scheduled for June 12, 2007, at 3:00 p.m.

MIGUEL REYES
By his attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: May 23, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2007.

 /s/ Page Kelley
Page Kelley