UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10201

| United States | Miguel Reyes |
|---|---|
| PLAINTIFF | DEFENDANT |
| Sandra Bower | Page Kelley |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Rule 11 Hearing. |
|---|---|
| 6/21/07 | Defendant takes the stand and is sworn |
| | Plea colloquy given |
| | Government summarizes the evidence it would have presented had the case gone to trial |
| | Defendant pleads guilty |
| | Court defers accepting the plea until sentencing |
| | Sentencing set for 9/19/2007 at 3:00 pm. Sentencing procedural order to issue. |
| | Defendant remanded to the custody of the US Marshals. |