UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10201 |
| | ) | |
| MIGUEL REYES | ) | |
| | ) | |

### DEFENDANT'S MOTION TO SUBMIT LETTERS

Counsel for defendant, Miguel Reyes, moves this Court to accept the attached letters from defendant's family, for the Court to consider in connection with his sentencing scheduled for September 18, 2007. Counsel apologizes for the late filing of these letters, which was due to an error on defense counsel's part.

                                          MIGUEL REYES
                                          By his attorney,
                                          /s/ Page Kelley
                                          Page Kelley
                                              B.B.O. #548237
                                          Federal Defender Office
                                          408 Atlantic Avenue, 3rd Floor
                                          Boston, MA  02110
                                          Tel: 617-223-8061

Date: September 17, 2007

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 17, 2007.

                                          /s/ Page Kelley
                                          Page Kelley