HonorableChief Judge Mark L.Wolf
Federal District Court
District Of Massachusetts

Dear Chief Judge Wolf,

I am Miguel Reyes's sister. I work as a Medical Receptionist. I am asking you to give my brother a break if you can.

Miguel has had his troubles with the law, but he has always been a good brother, uncle, and father. He has a big heart and he will do anything for anyone. In our family we always relied on him if we needed something or just needed advice, it sounds odd, given the amount of trouble he has been in, but he was always there to listen and to do whatever he could to help. If family members had a problem with each other, Miguel was the one who helped and tried to tell everyone to get back together again. He is a great mediator.

Miguel has two daughters. You would think that Miguel is a tough guy, but with those girls he is the sweetest guy you have ever seen. One of his daughters is deaf and he learned sign language so he could talk to her. You should see the two of them signing and cracking up, making jokes in sign language. He was always there for them, he used to take them shopping, to the movies, and he would spend time with them watching television and just hanging out. In the time before he got arrested, he was so involved with his daughters and he devoted himself to them. I have seen him help them with their homework many times. He would help them get ready for school, bath time, and even help them fix their hair. He used to take them to school and pick them up every day. I know that since he has been locked up, his daughters have really missed him and it has been very hard on them. I have a son name Angel who has spent a lot of time in Miguel's home with Miguel and his girls, and Angel is very attached to his "Uncle Miggy."

I know my brother made a huge mistake. When he was younger, he got mixed up with the wrong crowd and had his drug habit. He did get help by going to detox, and he was trying to stay straight. He used to tell his girls that they should never use drugs because that was the thing that would ruin their lives. Unlike a lot of people who get in trouble, Miguel never alienated his family. We are a close family and no one has a problem with him. We all love him and support him very much and hope that this will be the last time he gets in trouble. His family is behind him, we will never give up on him. I will always support my brother no matter what happens to him, and when he gets out I will be waiting for him and will do whatever I can to help him.

Thank you very much, Chief Judge Mark Wolf, for taking the time to read this letter.

Sincerely,

Lisa M. Camacho

Honorable Chief Judge Mark L. Wolf
Federal District Court
District Of Massachusetts

Dear Chief Judge Wolf,

I am Antone Medeiros Jr., Uncle and godfather of Miguel. I am presently in the process of retiring after 21 1/2 years of working for the Town of Acushnet Water & Sewer Department.

I do know Miguel had done some wrong in the past and according to the law has been punished for it. Growing up, Miguel was an exceptional child caring about his brother, sisters, parents and relatives. The family is very close and Miguel is loved by everyone. The trouble he got into was because of his peers, who were not respectable, and his drug abuse.

I had an 11 acre farm in Acushnet with horses, chickens, cows, and turkeys and also vegetable and flower gardens. Miguel would spend many weekends and summer vacations with us. He was always respectful to me and my children and more than willing to learn and do what he had to do to care for the animals and help with gardening and farming chores. He never had any complaints on how much he had to do or what his daily chores were. There were never any complaints from anyone in the neighborhood about him or his behavior. Many times during winter he would help the elderly neighbors shovel snow, and gather wood for their fireplaces. Throughout the years of Miguel coming to the farm the neighbors trusted him and respected him as he did them. We had many family reunions held at the farm sometimes as many as 35 to 45 people in attendance and Miguel would be one of the first kids to offer to help others unload their camping gear and set up tents. When he became a father, he always did the right thing, and proved to us that as a parent with a deaf child he would do whatever it took to learn to care for and love this child. Your Honor, I could go on, but I know that you need to make your decision. I just want you to know that Miguel has learned a big lesson and we are here to give him support and love.

Sincerely,

*Antone Medeiros Jr*
Antone Medeiros Jr

Hon. Chief Judge Mark Wolf
Federal District Court
District of Massachusetts

Dear Chief Judge Wolf,

My name is Debra A. Medeiros and I'm Miguel's aunt (his mother's sister). I work as a secretary for a company called Upper Deck Ltd.

I am writing this letter to you to let you know what kind of person my nephew is other than what you will read in his legal records. I have always had a close relationship with Miguel. He has always been kind, considerate, and most of all respectful to me and my family even though with his history you wouldn't think he has any of these characteristics. I have watched him grow up and become a dedicated father, loving son, and friend. The thing I have found to be the most remarkable is that even though he has struggled through the years with drug addiction he has always been a good and loving father. He has taken the time to learn sign language so he can communicate with one of his daughters who was born deaf. I don't know many fathers with his history that does the right thing by their children. I have had conversations with his daughter many times about her dad and the one thing she's always said is that no matter what my father has done, or what people think he has done, he's always shown me love and taken the time to be a father to me and my sister. It's heart wrenching to see the pain she's experiencing not knowing if she's ever going to see her dad again and when. Yes I understand he needs to be punished for his wrongs, but he needs a program to help him with his addictions cause to be honest if it wasn't for them I wouldn't have to write this letter and find positive things to say to his parents and children of what the future holds for them and him. I wish that you could talk to him and get to know who he really is and not just what you will read on his judgment day, because I believe that you would see that person that his parents, children, sisters, brother and aunts and uncles know he really is.

Thank you very much for taking the time to read this letter,
Chief Judge Mark Wolf


Sincerely,

*Debra A. Medeiros*

Debra A. Medeiros
New Bedford, MA