UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __CR04-10201__

| United States | Miguel Reyes |
|---|---|
| PLAINTIFF | DEFENDANT |
| Sandra Bower | Paige Kelley |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE __Wolf__      CLERK __O'Leary__      REPORTER __Romanow__

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 9/18/07 | Court goes over the posture/procedural history of the case. Court goes over the filings it has received in connection with today's hearing. Court makes rulings on the defendant's objections to the pre-sentence report. Court calculates the advisory guidelines as follows: TOL 30, CH VI, 180-210 months custody, 36-60 months supervised release, $15K-$150K fine and $100 special assessment fee. Government argues that the court should accept the parties binding plea and impose the 15 year sentence. Defendant addresses the court. Formal sentencing: Court accepts the parties binding plea agreement and imposes the 15 year mandatory minimum sentence followed by 60 months supervised release on the standard conditions plus the additional conditions imposed by the court. Court does impose a fine but does impose the mandatory $100 special assessment fee. Defendant advised of his rights to appeal and to counsel that haven't been waived under the plea agreement. |